■ GMS BATCHING, INC., Respondent-Appellant, v TADCO CONSTRUCTION CORPORATION et al., Appellants-Respondents, et al., Defendants. [990 NYS2d 843]—In an action, inter alia, to recover damages for breach of contract, the defendants TADCO Construction Corporation and Frank DeMartino appeal from stated portions of an order of the Supreme Court, Queens County (Schulman, J.), entered August 25, 2011, and the plaintiff cross-appeals from stated portions of the same order.

Ordered that the appeal and cross appeal are dismissed, without costs or disbursements.

The appeal and cross appeal from the order must be dismissed because the right of direct appeal and cross appeal therefrom terminated with the entry of the judgment in the action on June 13, 2012 (see Matter of Aho, 39 NY2d 241, 248 [1976]). The issues raised on the appeal and cross appeal from the order are brought up for review (see CPLR 5501 [a] [1]) and have been considered on the companion appeal from the judgment (see GMS Batching, Inc. v TADCO Constr. Corp., 120 AD3d 549 [2d Dept 2014] [decided herewith]). Eng, P.J., Leventhal, Lott and Roman, JJ., concur.